CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

LESLIE DIANE GIBSON,        )
     Petitioner,           )     Civil Action No. 7:05-cv-00505
                            )     Crim. No. 5:96-cr-30056
                            )
v.                          )     **FINAL ORDER**
                            )
UNITED STATES OF AMERICA,  )     By: Hon. James C. Turk
     Respondent.         )     Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this action, which the court construes as a motion to vacate, set aside or correct sentence,

pursuant to 28 U.S.C. §2255, shall be and hereby is **FILED** for administrative purposes only,

**DISMISSED** without prejudice, and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This _13th_ day of September, 2005.

_James C. Turk_
Senior United States District Judge